IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT BEBOUT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 3:25-70 |
| | ) Judge Stephanie L. Haines |
| NORFOLK SOUTHERN | ) |
| RAILWAY CO., | ) |
| | ) |
| Defendant. | ) |

## ORDER

AND NOW, this 23rd day of September 2025, the Court having been advised that a settlement has been reached in this case, and the only remaining matter being the submission of a stipulation of settlement and dismissal; accordingly, with no further action being required by the Court at this time, the following order is entered:

IT IS ORDERED that the Clerk shall remove this case from the docket for administrative purposes. Nothing contained in this Order shall be construed as a final dismissal or disposition of this case and, should further proceedings in it become necessary, the case shall be reinstated to the docket upon written request of either party. Jurisdiction is retained over the completion and enforcement of settlement.

_____
Stephanie L. Haines
United States District Judge

cc/ecf: All counsel of record